UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT C. SMITH,

    Plaintiff,

v.

KAREN BRUNSON *et al.*,

    Defendants.

Case No. C06-5712FDB

ORDER DENYING AN EXTENSION OF TIME

This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff was given leave to proceed *in forma pauperis*. After reviewing the compliant, the court entered an Order To Show Cause (Dkt. # 4). Plaintiff was given until January 19, 2007 to respond.

Plaintiff filed a motion to extend time to file a response on January 9, 2007 (Dkt. # 6). Plaintiff filed a response and an amended complaint prior to the January 19, 2007 due date (Dkt. # 7 and 8).

In light of the timely response, the motion to extend time is **DENIED AS MOOT.** The Clerk is directed to send plaintiff a copy of this Order to plaintiff.

DATED this 5 day of February, 2007.

                                  */S/ J. Kelley Arnold*
                                  J. Kelley Arnold
                                  United States Magistrate Judge

ORDER