# United States District Court

## WESTERN DISTRICT OF WASHINGTON

SCOTT C. SMITH

v.

KAREN BRUNSON, et al.,

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5712FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.  Plaintiff cannot challenge the propriety of his current incarceration in a civil rights action.

March 8, 2007

BRUCE RIFKIN
Clerk

s/CM Gonzalez
Deputy Clerk