UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT C. SMITH,

    Plaintiff,

  v.

KAREN BRUNSON, *et al.*,

    Defendant.

Case No. C06-5712FDB

ORDER DENYING RECONSIDERATION

The Court has reviewed the history of this case, and well as the Report and Recommendation (which recommended dismissal without prejudice), and Plaintiff's motion, and concludes that reconsideration must be denied. ACCORDINGLY,

IT IS ORDERED: Motion for Reconsideration [Dkt. # 14] is DENIED.

DATED this 27th day of March, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1