UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT C. SMITH,

    Plaintiff,

  v.

JULIA GARRETT, *et al.*,

    Defendants.

Case No. C06-5712FDB

ORDER

The Court adopted the Report and Recommendation in this case and denied reconsideration. Judgment has been entered. Plaintiff now moves for (1) an order directing the entire payment of the $350.00 filing fee to be deducted from the Plaintiff's prison savings account, and (2) for a refund of that part of the filing fee that he has paid so far. Plaintiff's improper requests must be denied.

ACCORDINGLY, IT IS ORDERED:

1. Plaintiff's Ex Parte Motion For Order To Pay Filing Fee [i.e. to deduct the filing fee from Plaintiff's prison savings account] [Dkt. # 15] is DENIED;

2. Plaintiff'S Ex Parte Motion for Refund of Filing Fee [Dkt. # 16] is DENIED.

DATED this 6th day of April, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1