1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10
11
12
13
14

SCOTT C. SMITH,

   Plaintiff,

  v.

JULIA GARRETT, *et al.*,

   Defendants.

Case No. C06-5712FDB

ORDER STRIKING MOTION

15
16
17
18

   This matter is presently pending before the Ninth Circuit Court of Appeals.  Nevertheless, Plaintiff has filed a motion in this court for an order refunding improperly collected funds.  This Court does not have jurisdiction to address this motion, because the Ninth Circuit currently has jurisdiction over this cause of action.

19
20

   ACCORDINGLY, IT IS ORDERED: Plaintiff's Motion for Order Refunding Improperly Collected Funds" [Dkt. # 26] is STRICKEN from the Court's calendar.

21

   DATED this 17th day of December, 2007.

22
23
24

            _____
            FRANKLIN D. BURGESS
            UNITED STATES DISTRICT JUDGE

25
26

ORDER - 1